IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD D. TAYLOR, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, | : | No. 17-4035 |
|     Defendant. | : | |

## **ORDER**

AND NOW, on December 6, 2019, upon consideration of Defendant Southeastern Pennsylvania Transportation Authority's (SEPTA) Motion for Summary Judgment (doc. 33), Plaintiff Donald Taylor's Response (doc. 35), and SEPTA's reply (doc. 36), it is ORDERED that the Motion is GRANTED in accordance with this Court's accompanying memorandum of law.

Judgment shall be entered in favor of SEPTA on all of Mr. Taylor's claims. The Clerk of Court shall mark this case closed.

                                                            BY THE COURT:

                                                            */s/ Timothy R. Rice*
                                                            TIMOTHY R. RICE
                                                            U.S. MAGISTRATE JUDGE